UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA UNIVERSITY CHAPTER OF TURNING POINT USA, and KYLE REYNOLDS, <br><br> Plaintiffs, <br> v. <br><br> CITY OF BLOOMINGTON, INDIANA, ADAM WASON, in his official capacity as Director of Public Works for the City of Bloomington, and KYLA COX DECKARD, BETH H. HOLLINGSWORTH and DANA HENKE in their official capacities as members of the Board of Public Works of the City of the Bloomington, Indiana, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.  1:22-cv-22-458 |

## **DEFENDANTS' JOINT NOTICE OF REMOVAL OF CIVIL ACTION**

The Defendants, by and through their respective counsel, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. §1446, file their Notice of Removal of this cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Monroe County (Indiana) Circuit Court, Cause No. 53C01-2202-PL-000361.  In support hereof, Defendants' state:

1. Plaintiffs filed their Complaint in the Monroe County (Indiana) Circuit Court on February 23, 2022.  Plaintiffs' Complaint seeks to assert claims pursuant to 42 U.S.C. §§ 1981 and 1983 for an alleged violations of the United States Constitution and the Indiana Constitution related to denial of a street mural. (Plaintiffs' *Complaint* ¶ 1).

2. Removal herein is based on federal question jurisdiction.

3. 28 U.S.C. § 1441(a) provides that any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by defendants,

to the district court of the United States for the district and division embracing the place where such action is pending.

4. 28 U.S.C. § 1446(b) requires notice of removal of a civil action be filed within thirty (30) days after receipt by a defendant, through service or otherwise, of a "copy of an amended pleading, motion, order or other paper from which it may ascertained that the case is one which is or has become removable."

5. Defendants City of Bloomington, Indiana, Adam Wason, Kyla Cox Deckard, Beth H. Hollingsworth, and Dana Henke were served on February 25, 2022.

6. This cause is removed within thirty (30) days of the service of the Complaint on Defendants.

7. Pursuant to 28 U.S.C. § 1446(b), all Defendants who have been properly joined and served consent to and join in this removal.

8. In accordance with 28 U.S.C. § 1446(d), promptly after the filing of this Joint Notice of Removal the Defendants will give written notice of this filing to all adverse parties and will file a copy of the notice with the clerk of Monroe County.

9. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81.2(a) & (b) Defendants submit herewith the State Court Record that contains a single .pdf that includes the state court docket sheet, all pleadings, motions, orders, and all other filings, organized in chronological order by the state court filing date. *See* Exhibit 1.

10. Pursuant to Local Rule 81-2(c) the operative complaint is provided as a separate attachment in Exhibit 2, in addition to being included in the State Court Record attached as Exhibit 1.

        Respectfully submitted,

        */s/ Liberty L. Roberts*
        Liberty L. Roberts, Atty. No. 23107-49
        Attorney for Defendants
        CHURCH CHURCH HITTLE + ANTRIM
        Two North Ninth Street
        Noblesville, IN 46060

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2022, a copy of the foregoing was served upon the following counsel of record via email and U.S. Mail, first class, postage prepaid:

William Bock, III
wbock@kgrlaw.com
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204

        */s/ Liberty L. Roberts*
        Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T:  (317)773-2190 / F:  (317)773-5320
Email:  LRoberts@cchalaw.com