UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA UNIVERSITY CHAPTER OF TURNING POINT USA, and KYLE REYNOLDS, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:22-cv-00458-SEB-TAB |
| v. | )<br>) |
| CITY OF BLOOMINGTON, INDIANA, ADAM WASON, in his official capacity as Director of Public Works for the City of Bloomington, and KYLA COX DECKARD, BETH H. HOLLINGSWORTH and DANA HENKE in their official capacities as members of the Board of Public Works of the City of the Bloomington, Indiana, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **APPEARANCE OF COUNSEL**

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Defendants City of Bloomington, Indiana, Adam Wason, Kyla Cox Deckard, Beth H. Hollingsworth, and Dan Henke.

Respectfully submitted,

*/s/ Liberty L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
Attorney for Defendants
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2022, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system.

/s/ Liberty L. Roberts
Liberty L. Roberts

I further certify that on this 9th day of March 2022, a copy of the foregoing was served upon the following counsel of record via email, and U.S. Mail, first class, postage prepaid:

William Bock, III
wbock@kgrlaw.com
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204

/s/ Liberty L. Roberts
Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T: (317)773-2190 / F: (317)773-5320
Email: LRoberts@cchalaw.com