IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **INDIANA UNIVERSITY CHAPTER OF TURNING POINT USA, KYLE REYNOLDS, and TIM WHEELER,**<br><br>         Plaintiffs,<br><br>  vs.<br><br>**CITY OF BLOOMINGTON, INDIANA, ADAM WASON, in his official capacity as Director of Public Works for the City of Bloomington, KYLA COX DECKARD, BETH H. HOLLINGSWORTH and DANA HENKE in their official capacities as members of the Board of Public Works of the City of the Bloomington, Indiana, and MIKE ROUKER, in his official capacity as City Attorney for the City of Bloomington, Indiana.**<br><br>         **Defendants.** | Cause No. 1:22-cv-00458-SEB-TAB |

## NOTICE

The Plaintiffs, Indiana University Chapter of Turning Point USA, Kyle Reynolds, and Tim Wheeler, by counsel, for their Motion for Enlargement of Time [Dkt 59] state the following:

   1.   On December 22, 2023, Plaintiffs' filed a Motion for Enlargement of Time and stated that "Counsel for Plaintiffs has attempted to contact counsel for Defendants via email and phone on December 21 and 22 concerning this motion for

enlargement of time but has not yet received a response regarding the requested extension."

    2.    On December 23, 2023 counsel for Defendants emailed stating they have no objection to the 45-day Motion for Enlargement of Time.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion and extend the time for filing their Response to and including Monday, February 19, 2024.

Respectfully submitted,

**KROGER, GARDIS & REGAS, LLP**

/s/ William Bock, III
William Bock, III, Atty. No. 14777-49

ATTORNEY FOR PLAINTIFFS

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2023, I filed the foregoing *Notice* electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Liberty L. Roberts
    CHURCH CHURCH HITTLE + ANTRIM
    Two North Ninth Street
    Noblesville, IN 46060
    lroberts@cchalaw.com

    /s/ William Bock, III
    William Bock, III

KROGER, GARDIS & REGAS
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000