IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA UNIVERSITY CHAPTER OF TURNING POINT USA, KYLE REYNOLDS, and TIM WHEELER,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CITY OF BLOOMINGTON, INDIANA, ADAM WASON, in his official capacity as Director of Public Works for the City of Bloomington, KYLA COX DECKARD, BETH H. HOLLINGSWORTH and DANA HENKE in their official capacities as members of the Board of Public Works of the City of the Bloomington, Indiana, and MIKE ROUKER, in his official capacity as City Attorney for the City of Bloomington, Indiana.<br><br>      Defendants. | Cause No. 1:22-cv-00458-SEB-TAB |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

This matter comes before the Court on Plaintiffs' Motion for Leave to File Second Amended Complaint (the "Motion"), filed February 19, 2024. Having considered the matter, and being duly advised, the Court finds that justice requires granting the Plaintiffs' leave to amend its complaint. The Court now GRANTS the Motion and leave is hereby granted to Plaintiffs to file the Second Amended

Complaint attached to the Motion. The Second Amended Complaint attached as **Exhibit 1** to Plaintiffs' Motion is hereby deemed filed as of the date of the Motion. As a result, Defendants' motion to dismiss [Filing No. 57] is denied as moot.

    IT IS SO ORDERED.

Date: 3/5/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email.