UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA UNIVERSITY CHAPTER OF TURNING POINT USA, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:22-cv-00458-SEB-TAB ) |
| CITY OF BLOOMINGTON, INDIANA, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MARCH 21, 2025, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel March 21, 2025, for a telephonic status conference. Discussion held regarding case status and settlement. Defendant shall serve an updated settlement proposal on Plaintiff by April 7, 2025, and provide a copy to the magistrate judge. The parties shall then confer and advise the magistrate judge whether they believe another settlement conference would be productive.

Date: 3/24/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email